

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

May 27, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/20____
```

**VIA ECF**
Hon. Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   Cruz v. Shoebacca LTD., Civil Action No. 1:20-cv-01462-GHW

Dear Judge Woods,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for Tuesday, June 2, 2020 at 11:00 a.m. It is now May 27, 2020 and Defendant has yet to appear in this case. By way of background, Plaintiff has made multiple service attempts at numerous locations without success and is still in the process of ascertaining the proper address in which to serve Defendant.

In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

Application granted.  The initial pretrial conference scheduled for June 2, 2020 is adjourned *sine die*.  The deadline for Plaintiff to effectuate service of the summons and complaint upon Defendant is extended to June 11, 2020.
SO ORDERED.

Dated:  May 29, 2020

_____
GREGORY H. WOODS
United States District Judge