USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SHAEL CRUZ, on behalf of himself and all others :
similarly situated, :
:
Plaintiff, : 1:20-cv-1462-GHW
:
-v - : ORDER
:
SHOEBACCA LTD., :
:
:
Defendant. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

Plaintiff's complaint was filed on February 19, 2020. Dkt. No. 1. Plaintiff requested the issuance of a summons that same day, Dkt. No. 3, and the Court issued the requested summons on December 20, 2020. Dkt. No. 4. On May 27, 2020, Plaintiff, by letter, requested that the Court adjourn the scheduled initial pre-trial conference and further requested that the deadline for service be extended. Dkt. No. 8. The Court granted that application and extended the deadline for service to June 11, 2020. On June 12, 2020, the Court issued an order to show cause as to why this action should not be dismissed for failure to serve process in the time allotted by Federal Rule of Civil Procedure 4(m). Dkt. No. 17.

Plaintiff has not responded to the order to show cause. However, on June 18, 2020, Plaintiff filed an affidavit of service indicating that Defendant was served on June 11, 2020. Dkt. No. 18. Therefore, it appears that Defendant was served within the extended deadline. Accordingly, the Court will set an initial pretrial conference by separate order.

Plaintiff is directed serve a copy of this order on Defendant and to file proof of service.

SO ORDERED.

Dated: June 21, 2020

_____
GREGORY H. WOODS
United States District Judge